**DISMISS and Opinion Filed August 24, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00200-CR**

**ANDREW ANDERSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-52721-R**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Kennedy, and Garcia
Opinion by Justice Garcia

In this accelerated appeal, appellant challenges the trial court's order denying his motion to reduce bond pending appeal for his conviction in cause number 05-22-00755-CR. By judgment dated August 10, 2023, this Court affirmed as modified appellant's underlying conviction. *See Anderson v. State*, No. 05-22-00755-CR, 2023 WL 5123305, at *2 (Tex. App.—Dallas Aug. 10, 2023, no pet. h.) (mem. op., not designated for publication). Therefore, the issues raised in this accelerated appeal are moot. *See Freeman v. State*, 828 S.W.2d 179, 181–82 (Tex. App.—

Houston [14th Dist.] 1992, pet. ref'd) (cause becomes moot when appellate court's judgment cannot have any practical legal effect upon controversy).

We dismiss this accelerated appeal as moot.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

230200F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ANDREW ANDERSON, Appellant

No. 05-23-00200-CR  V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas Trial Court Cause No. F19-52721-R. Opinion delivered by Justice Garcia. Justices Pedersen, III and Kennedy participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED** as moot.

Judgment entered August 24, 2023